JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **J & J SPORTS PRODUCTIONS, INC.,** | Case No. CV 11-09306 WDK-PLA |
| Plaintiff, | **JUDGMENT** |
| v. | |
| **JOHN GONZALEZ,** | |
| Defendant. | |

     Judgment is hereby entered in favor of plaintiff J & J Sports Productions, Inc. and against defendant John Gonzalez, individually and d/b/a El Camino Real, upon the Court's grant of summary judgment in favor of plaintiff.

     IT IS HEREBY ORDERED AND ADJUDGED:

     1. Defendant John Gonzalez, individually and d/b/a El Camino Real, shall pay the plaintiff, J & J Sports Productions, Inc., $16,800.00 in total damages.

///

///

///

///

///

1         IT IS FURTHER ORDERED that the Plaintiff shall serve, by United States

2    mail or by telefax or by email, copies of this Judgment on counsel for the

3    defendant or the pro se defendant in this matter.

4

5

6    Dated: September 14, 2015

7    _____

8    William Keller
     United States District Judge
9