Thomas P. Riley Esq SBN 194706  
Law Office of Thomas P. Riley PC  
1114 Fremont Avenue  
South Pasadena, Ca 91030  
Phone; 626-799-9797  
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT  
CENTRAL DISTRICT OF CALIFORNIA

J&J SPORTS PRODUCTIONS, INC,   )  
        Plaintiff,   vs.   )   Case No.: 2:11-cv-09306-DK-PLA  
John Gonzalez   )   **RENEWAL OF JUDGMENT BY CLERK**  
        Defendant.   )

Based upon the application for renewal of the judgment of the original judgment, and pursuant to F.R.C.P. 69(a) and C.C.P. §683.110 through §683.320, and for good cause appearing therefore,

Judgment in favor of Plaintiff, J&J Sports Productions, Inc, and against Defendant John Gonzalez individually and dba El Camino Real, entered on September 15, 2015, be and the same is hereby renewed in the amounts as set forth below:

Renewal of money judgment

    a.  Total judgment      $  16,800.00  
    b.  Costs and fees after judgment      $  0.00  
    c.  Subtotal *(add a and b)*      **$  16,800.00**  
    d.  Credits      $  6,000.00  
    e.  Subtotal *(subtract d from c)*      **$  10,800.00**  
    f.  Interest after judgment (.015%)      $  1,458.00  
    g.  Fee for filing renewal of application $    0.00  
    **h.**  **Total renewed judgment (add e, f and g)**    $ 12,258.00

Dated: September 10, 2025      CLERK, by Deputy _____

Renewal of Judgment